### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Richard Serrano (B77778), | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18 C 50155 |
| | ) | |
| v. | ) | |
| | ) | Judge Frederick J. Kapala |
| Jason Hermeyer, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

    By order dated July 6, 2018, the Court denied Plaintiff's application for leave to proceed *in forma pauperis* and ordered Plaintiff to pay the Court's $400 filing fee [9]. The Court warned Plaintiff that failure to pay the filing fee by August 6, 2018, would result in summary dismissal of this case. Plaintiff did not respond to the Court's order. Accordingly, this case is dismissed without prejudice for Plaintiff's failure to comply with the Court's order of July 6, 2018. The Court directs the Clerk of Court to terminate all pending motions as moot. Case closed.

Date: August 17, 2018